IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL L. PACK                              *
                Plaintiff
      v.                                        *      CIVIL ACTION NO. RDB-07-2000

MARSDEN, BOTANIS &                           *
SELEDEE, PA
                Defendant                 *


## MEMORANDUM  OPINION

Pending is a *pro se* complaint filed by Michael Pack for $50,000,000.00 in damages.  As best as the Court can discern, Plaintiff alleges that Defendant committed conspiracy, perjury, false imprisonment, and gross negligence in filing an affidavit concerning a judgment entered against him in favor of the Bank of America.  The Court will grant Plaintiff's motion to proceed *in forma pauperis*, and dismiss the case without prejudice pursuant to 28 U.S.C. § 1915(e).

Since 1995, Plaintiff, a resident of Baltimore, Maryland, has filed more than 70 civil cases in this Court.  As Plaintiff has been granted leave to proceed without the prepayment of filing fees the Court may screen his claims before service of process and dismiss the Complaint *sua sponte* if it has no factual or legal basis.  *See Neitzke v. Williams*, 490 U.S. 319, 325 & 327 (1989); *see also Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992); *Cochran v. Morris*, 73 F.3d 1310, 1315 (4th Cir. 1996); *Nasim v. Warden*, 64 F.3d 951, 954 (4th Cir. 1995).

Recognizing that Plaintiff is proceeding *pro se*, the Court has accorded the complaint liberal construction.  *See Haines v. Kerner*, 404 U.S. 519, 520 (1972).  This Complaint, however, is almost incomprehensible and provides no basis in fact or law.  Absent a minimally sufficient factual predicate, the Complaint cannot proceed.  *See Sado v. Leland Memorial Hospital,* 933 F. Supp 490,

493 (D. Md.).  A separate Order shall be entered reflecting this Memorandum Opinion.


July 31, 2007                                /s/ _____
Date                                            RICHARD D. BENNETT
                                             UNITED STATES DISTRICT JUDGE